■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GIORDANO, Appellant.—Judgment, upon resentence, of the Supreme Court, Kings County, rendered January 18, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Lazer, Gibbons and Rabin, JJ., concur.